ACCEPTED
04-15-00587-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
9/18/2015 5:08:27 PM
KEITH HOTTLE
CLERK

No. 04-15-00587-CV
____

**In the Fourth District Court of Appeals**
**San Antonio, Texas**

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
09/18/2015 5:08:27 PM
KEITH E. HOTTLE
Clerk

**ESSEX INSURANCE COMPANY,**
*Appellant,*

**v.**

**RAFAEL ZUNIGA,**
*Appellee.*

On Appeal from the 229th Judicial District Court
Duval County, Texas
Cause No. DC-13-112-A

**UNOPPOSED MOTION FOR EXTENSION OF TIME**
**TO FILE NOTICE OF APPEAL**

Appellant Essex Insurance Company, ("Essex") respectfully files this Unopposed Motion for Extension of Time to File Notice of Appeal. The current deadline for filing the Notice of Appeal is **September 5, 2015**. Essex requests a **15-day extension** of time for a new deadline of **September 20, 2015**.

The reasons for this request are as follows:

1.  This is an appeal from an *Order Vacating Order Denying Rule 91a Motions to Dismiss, Granting Rule 91a Motions to Dismiss, and Awarding Zero Dollars in Attorneys' Fees* ("Final Order") signed March 26, 2015, that was severed

into and made final by an *Order Granting Defendant Essex Insurance Company's Motion to Sever* ("Severance Order") signed on August 6, 2015. The Final Order was signed in a case styled *Rafael Zuniga v. San Diego Tortilla & Essex Ins. Co.*, No. DC-13-112, in the 229th District Court of Duval County, Texas ("Original Cause") and severed into Cause No. DC-13-112-A ("Severed Cause"). Copies of the Final Order and Severance Order, as well as the Notice of Appeal filed today in the district court, are attached as Exhibits A-C.

2. The parties to this Severed Cause have settled their differences and are in the process of executing final settlement documents. However, the deadline for filing this motion was expiring, and in an abundance of caution and in order to avoid losing the right to appeal from the decision of the district court, Essex files this motion. If and when the final settlement agreement is fully executed and becomes effective, resolving all matters between these parties, Essex will promptly dismiss the appeal. But in the event that the settlement is not fully consummated, Essex will fully prosecute the appeal.

3. Appellee Rafael Zuniga does not oppose this motion for extension.

4. The failure to appeal by September 5, 2015, was not deliberate or intentional, but rather was based on a good-faith belief that the parties had fully settled their differences and that the settlement documents would be executed in

sufficient time to avoid risking the appeal. This extension is not sought for the purposes of delay. No prior extension has been granted for this deadline.

5.     The facts contained in this motion are based on the official district court records or within the personal knowledge of the undersigned and therefore, no verification is necessary under Texas Rule of Appellate Procedure 10.2.

As set forth in the Certificate of Conference below, this motion for extension of time is Unopposed.

For these reasons, Essex requests that the Unopposed Motion for Extension of Time to File Notice of Appeal be extended 15 days to September 20, 2015.

Respectfully submitted,

/s/ Joseph A. Ziemianski
Joseph A. Ziemianski
State Bar No. 00797732
jziemianski@cozen.com
Bryan P. Vezey
State Bar No. 00788583
bvezey@cozen.com
COZEN O'CONNOR
One Houston Center
1221 McKinney, Suite 2900
Houston, Texas 77010
Telephone: (832) 214-3900
Facsimile:  (832) 214-3905

ATTORNEYS FOR APPELLANT
ESSEX INSURANCE COMPANY

## CERTIFICATE OF CONFERENCE

I certify that on September 18, 2015, I conferred with counsel for Appellee Rafael Zuniga, and he stated that his client does not oppose the relief sought in this motion for extension of time.

/s/ Bryan P. Vezey
Bryan P. Vezey

## CERTIFICATE OF SERVICE

On September 18, 2015, I electronically filed this Unopposed Motion for Extension of Time to File Notice of Appeal with the Clerk of the Court using the eFile.TXCourts.gov electronic filing system, which will send notification of such filing to the following (unless otherwise noted below).

Thomas J. Henry
State Bar No. 09484210
tjhenry@thomasjhenrylaw.com
Roger L. Turk
State Bar No. 00788561
rlturk@thomasjhenrylaw.com
LAW OFFICES OF THOMAS J. HENRY
521 Starr Street
Corpus Christi, Texas 78401
Telephone: (361) 985-0600
Facsimile:  (361) 985-0601

**ATTORNEYS FOR APPELLEE**
**RAFAEL ZUNIGA**

/s/ Bryan P. Vezey
Bryan P. Vezey

# EXHIBIT A

Filed: 12/10/2014 5:52:57 PM
Richard Barton,
District Clerk
Duval County, Texas

Zandra Sendejo

CAUSE NO. DC-13-112

| RAFAEL ZUNIGA | § | IN THE DISTRICT COURT OF |
| | § | |
| V. | § | DUVAL COUNTY, TEXAS |
| | § | |
| SAN DIEGO TORTILLA & ESSEX | § | |
| INSURANCE CO. | § | 229th JUDICIAL DISTRICT |

## ORDER

The Court **VACATES** its order denying defendant Essex Insurance Company's Texas Rule of Civil Procedure 91a motions to dismiss plaintiff Rafael Zuniga and intervenor San Diego Tortilla's claims against Essex Insurance Company in this case.

The Court **GRANTS** defendant Essex Insurance Company's Texas Rule of Civil Procedure 91a motions to dismiss plaintiff Rafael Zuniga and intervenor San Diego Tortilla's claims against Essex Insurance Company in this case.

Attorneys' fees and costs in the amount of $ _−0−_ are awarded to defendant Essex Insurance Company and taxed against plaintiff Rafael Zuniga under Texas Rule of Civil Procedure 91a.

So **ORDERED**.

SIGNED on _March 26_, 2014.

_____
JUDGE PRESIDING

APPROVED & ENTRY REQUESTED:

COZEN O'CONNOR

_____
Joseph A. Ziemianski
Texas State Bar No. 00797732
Bryan P. Vezey
Texas State Bar No. 00788583
1221 McKinney, Suite 2900
Houston, Texas 77010
Telephone: (832) 214-3900
Telecopier: (832) 214-3905

ATTORNEYS FOR DEFENDANT,
ESSEX INSURANCE COMPANY

Re: FILED AT _11:45_ O'CLOCK A_M

MAR 2 6 2015

H. BAH ION, CLERK
DISTRICT CLERK, DUVAL COUNTY, TEXAS
BY_____DEPUTY

**EXHIBIT B**

CAUSE NO. DC-13-112

| | | |
|---|---|---|
| RAFAEL ZUNIGA | § | IN THE DISTRICT COURT OF |
| | § | |
| V. | § | DUVAL COUNTY, TEXAS |
| | § | |
| SAN DIEGO TORTILLA & ESSEX | § | |
| INSURANCE CO. | § | 229th JUDICIAL DISTRICT |

## ORDER GRANTING DEFENDANT ESSEX
## INSURANCE COMPANY'S MOTION TO SEVER

The Motion to Sever of Defendant Essex Insurance Company ("Essex") is **GRANTED**.

The Court **SEVERS** Plaintiff's claims against Essex and orders the court clerk to assign the

severed action the separate cause number of DC-13-112-A, copy the following documents

(inclusive of all exhibits thereto), and include them in that file:

| NO. | APPROXIMATE FILING DATE | FILING PARTY | DOCUMENT |
|---|---|---|---|
| 1. | 03/26/13 | Zuniga | Plaintiff's Original Petition |
| 2. | 9/30/13 | Essex | Defendant Essex Insurance Company's Original Answer |
| 3. | 10/01/13 | Essex | Defendant Essex Insurance Company's Rule 91a Motion to Dismiss Baseless Cause of Action |
| 4. | 11/11/13 | Essex | Defendant Essex Insurance Company's Reply to Plaintiff's Response to Rule 91a Motion to Dismiss Baseless Cause of Action |
| 5. | 11/13/13 | Essex | Alternative Request for Relief Relative to Defendant Essex Insurance Company's Rule 91a Motions to Dismiss |
| 6. | 11/18/13 | Zuniga | Plaintiff's Objection to Affidavit of Bryan P. Vezey |
| 7. | 11/26/13 | Essex | Defendant Essex Insurance Company's Objection to Mediation Order |
| 8. | 11/26/13 | Essex | Defendant Essex Insurance Company's Motion for Stay and Continuance |
| 9. | 12/02/13 | Court | Signed Order Denying Defendant Essex Insurance Company's Rule 91a Motion to Dismiss Baseless Cause of Action |
| 10. | 12/02/13 | Court | Signed Order on Defendant Essex Insurance Company's Motion for Stay and Continuance and Objection to Mediation Order – Overruling Essex's Objection to Mediation Order and Denying Essex's Motion to Stay and Continuance |
| 11. | 12/10/14 | Essex | Essex Insurance Company's Request For Hearing On Attorneys' Fees And Cost |
| 12. | 1/22/15 | Essex | Defendant Essex Insurance Company's Notice Of Filing Evidence Re Attorneys' Fees And Expenses |
| 13. | 3/2/15 | Court | Notice of Setting |
| 14. | 3/19/15 | Zuniga | Plaintiff's Response to Rule 91a Motion |

| 15. | 3/23/15 | Essex | Essex's Reply in Support of Request for Attorneys' Fees and Expenses |
|-----|---------|-------|----------------------------------------------------------------------|
| 16. | 3/25/15 | Zuniga | Plaintiff's March 25, 2015 Supplemental Response to Motion to Determine Attorneys' Fees |
| 17. | 3/25/15 | Essex | Rule 11 Agreement re Confidentiality |
| 18. | 3/26/15 | Essex | Essex's Supplemental Reply in Support of Request for Attorneys' Fees and Expenses |
| 19. | 3/26/15 | Court | Signed Order Vacating Order Denying Rule 91a Motions to Dismiss, Granting Rule 91a Motions to Dismiss and awarding zero dollars in attorneys' fees. |
| 20. | N/A | N/A | A copy of the docket sheet. |
| 21. | Date of this order | Court | A copy of this order. |

Because the Court has already dismissed the severed claims, this order and the March 26, 2015 dismissal order dispose of all claims and all parties in the severed action, and are final and appealable. All relief requested in the severed action and not expressly granted in the March 26, 2015 dismissal order and this order is denied.

So **ORDERED**.

**SIGNED** this day of _August 6_, 2015.

_____
JUDGE PRESIDING

**APPROVED & ENTRY REQUESTED**

_____
Joseph A. Ziemianski
Texas State Bar No. 00797732
Bryan P. Vezey
Texas State Bar No. 00788583
COZEN O'CONNOR
1221 McKinney, Suite 2900
Houston, Texas 77010
Telephone: (832) 214-3900
Telecopier: (832) 214-3905
E-mail:        jziemianski@cozen.com
               bvezey@cozen.com

ATTORNEYS FOR DEFENDANT,
ESSEX INSURANCE COMPANY

2

**EXHIBIT C**

CAUSE NO. DC-13-112-A

| RAFAEL ZUNIGA | § | IN THE DISTRICT COURT OF |
| | § | |
| V. | § | DUVAL COUNTY, TEXAS |
| | § | |
| ESSEX INSURANCE COMPANY | § | 229th JUDICIAL DISTRICT |

## NOTICE OF APPEAL

Essex Insurance Company, Defendant, in the above-referenced cause, gives this notice that it is appealing the Order Vacating Order Denying Rule 91a Motions to Dismiss, Granting Rule 91a Motions to Dismiss, and Awarding Zero Dollars in Attorneys' Fees signed March 26, 2015 ("Final Order"), that was severed into and made final by an Order Granting Defendant Essex Insurance Company's Motion to Sever signed on August 6, 2015, and all prior and contemporaneous rulings that are merged into the Final Order. The appeal is taken to the Fourth Court of Appeals at San Antonio, Texas.

Respectfully submitted,

/s/ Joseph A. Ziemianski
Joseph A. Ziemianski
State Bar No. 00797732
jziemianski@cozen.com
Bryan P. Vezey
State Bar No. 00788583
bvezey@cozen.com
COZEN O'CONNOR
One Houston Center
1221 McKinney, Suite 2900
Houston, Texas 77010
Telephone: (832) 214-3900
Facsimile: (832) 214-3905

**ATTORNEYS FOR DEFENDANT
ESSEX INSURANCE COMPANY**

# CERTIFICATE OF SERVICE

The undersigned certifies that, on September 18, 2015, Defendant's Notice of Appeal was electronically filed with the Clerk of Court using the electronic filing system of the Court, and a true and correct copy of the foregoing was additionally served as follows:

Thomas J. Henry
State Bar No. 09484210
tjhenry@thomasjhenrylaw.com
Roger L. Turk
State Bar No. 00788561
rlturk@thomasjhenrylaw.com
LAW OFFICES OF THOMAS J. HENRY
521 Starr Street
Corpus Christi, Texas 78401
Telephone: (361) 985-0600
Facsimile: (361) 985-0601

**ATTORNEYS FOR PLAINTIFF**
**RAFAEL ZUNIGA**

/s/ Bryan P. Vezey
Bryan P. Vezey